CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

OCT 0 9 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| KENNETH J. HARTMAN,<br>Petitioner, | ) Civil Action No. 7:08-cv-00209<br>)<br>) |
| v. | ) **FINAL ORDER**<br>) |
| DEPARTMENT OF CORRECTIONS,<br>Respondent. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

## ORDERED

that the Respondent's motion to dismiss (docket # 9) is **GRANTED**; and this petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED** and **STRICKEN** from the active docket of this court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 9th day of October, 2008.

/s/ Glen Conrad
United States District Judge